STATE TAX COMMISSION v. CITY OF BESSEMER.

1. Taxation—Review of Tax Roll by State Tax Commission—Statutes—Summary Action by City Assessor and Treasurer. The statutory right of the State tax commission to inspect and review an assessment roll cannot be defeated by the summary action on the part of assessing officers in completing the roll and delivering it with warrant attached to the tax collecting officer following its approval by the local board of review as a reasonable time must intervene within which the State tax commission may have opportunity to act (1 Comp. Laws 1929, § 3547).

2. Mandamus—State Tax Commission—Inspection of Tax Roll.
   Mandamus is granted State tax commission against a city as-
   sessor and treasurer to compel delivery of tax roll to plain-
   tiff for its inspection and review pursuant to statutory duty
   on part of defendants to afford plaintiff a reasonable time
   within which to function (1 Comp. Laws 1929, § 3547).

Petition for a writ of mandamus by State Tax Commission to compel City of Bessemer, a municipal corporation, Carl T. Swanson, its assessor, and C. Herbert Carlson, its treasurer, to deliver the 1942 assessment roll for inspection. Submitted July 16, 1942. (Calendar No. 42,116.) Writ granted July 16, 1942.

*Herbert J. Rushton,* Attorney General, and *Peter E. Bradt,* Assistant Attorney General, for the plaintiff.

*Michael E. Nolan (Leonard J. McManman,* of counsel), for defendants.

Per Curiam. Plaintiff has filed a petition in this Court for mandamus to compel defendants to deliver to it for inspection the 1942 assessment roll of the defendant city of Bessemer. Defendants have answered and deny plaintiff's right to the writ. Upon hearing and due consideration of the cause, it appears to the court that by statutory provision it is the plain duty of the defendants or such of them as have in their possession the assessment roll to deliver the same to plaintiff for its inspection. See 1 Comp. Laws 1929, § 3547 (Stat. Ann. § 7.210). The right of the State tax commission to inspect and review an assessment roll cannot be defeated by summary action on the part of the assessing officers in completing the roll and delivering it with warrant attached to the tax collecting officer following its

approval by the local board of review. A reasonable time must intervene within which the State tax commission may have opportunity to act. Our decision in *Detroit Edison Co.* v. *City of Detroit,* 297 Mich. 583, must be construed in the light of the above holding.

Mandamus and injunctive relief are granted in accordance with the prayer of the petition.

CHANDLER, C. J., and NORTH, STARR, BUTZEL, and BUSHNELL, JJ., concurred. BOYLES, WIEST, and SHARPE, JJ., did not sit.